UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LASHONDA COLEMAN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:05CV1464 JCH |
| ) | |
| IMAGINE SCHOOLS and THURGOOD ) | |
| MARSHALL ACADEMY, ) | |
| ) | |
| Defendant(s). ) | |

### ORDER

This matter is before the Court upon its review of the record. On November 14, 2005, Defendant Imagine Schools filed a Motion to Dismiss Plaintiff's Complaint. (Doc. No. 11). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Friday, January 20, 2006**, within which to file her response to Defendant Imagine Schools' Motion to Dismiss Plaintiff's Complaint (Doc. No. 11). Failure to do so will result in the Court's ruling on Defendant's unopposed motion.

Dated this 16th day of December, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE